CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
October 09, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Lauren Mihalic-Bandy
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CALEB BLANKENSHIP,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE ANDREW JOHNSON, *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) | Case No. 7:26-cv-00298<br><br>**MEMORANDUM OPINION**<br><br>By: Hon. Thomas T. Cullen<br>United States District Judge |

Plaintiff Caleb Blankenship, proceeding *pro se*, filed a civil-rights action under 42 U.S.C. § 1983 against Defendants Judge Andrew Johnson, Tyler Adams, Kevin Dotson, Dennis Heath Kiser, and Cassie Carnes. (*See* ECF No. 1.) On August 31, 2026, the court screened the complaint pursuant to 28 U.S.C. § 1915A and concluded that it failed to state a claim for which relief may be granted. (*See* ECF No. 9.) Because Plaintiff is proceeding *pro se*, however, the court gave him an opportunity to file an amended complaint correcting the deficiencies outlined in the court's opinion. (*See* ECF No. 10.) The court directed Plaintiff to file an amended complaint within 30 days in order to proceed with this action and cautioned Plaintiff that failure to amend would result in the dismissal of this action without further notice. (*Id.*)

More than 30 days have elapsed, and Plaintiff has not filed an amended complaint or sought to extend his time for doing so. Because Plaintiff has not complied with the court's order and has not amended his complaint, the court will **DISMISS** this action **WITHOUT PREJUDICE**.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 9th day of October, 2026.

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE